

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-23-00476-CV

Tommy Dale **DAY**,
Appellant

v.

Melissa Kay **DAY**,
Appellee

From the 150th Judicial District Court, Bexar County, Texas
Trial Court No. 2021-CI-08365
Honorable Angelica Jimenez, Judge Presiding

BEFORE JUSTICE ALVAREZ, JUSTICE CHAPA, AND JUSTICE VALENZUELA

In accordance with this court's opinion of this date, the portions of the trial court's divorce decree related to the amount of spousal maintenance awarded to appellee Melissa Kay Day for the twelve-month term beginning on May 1, 2023; the twelve-month term beginning on May 1, 2024; and the twelve-month term beginning on May 1, 2025 are REVERSED, and the cause is REMANDED to the trial court for a new trial solely on the amount of spousal maintenance to be awarded for the three, twelve-month terms described herein. The remainder of the trial court's divorce decree is AFFIRMED.

Costs of this appeal are to be paid by the party that incurred them.

SIGNED June 20, 2024.

_____
Lori I. Valenzuela, Justice